AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Abruzzo Docg Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-04160 |
| Acceptance Indemnity Insurance Company, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attached Rider                                                                              .

Date:   09/09/2020

/s/ Michael W. Ross
*Attorney's signature*

Michael W. Ross (MR4490)
*Printed name and bar number*
Jenner & Block LLP
919 3rd Avenue, 38th Floor
New York, NY 10022

*Address*

mross@jenner.com
*E-mail address*

(212) 891-1669
*Telephone number*

(212) 909-0840
*FAX number*

# **RIDER**

### **Notice of Appearance for:**

ABRUZZO DOCG INC. d/b/a TARALLUCCI E VINO;

AEMAL, LLC d/b/a YVES;

ARG 570 LEX, LLC;

AURIFY BRANDS, LLC;

BEA'S TAVERN, INC. d/b/a BOTANICA BAR;

BIG DADDY'S II LLC d/b/a DUKE'S;

BLACK TAP GROUP LLC;

BOBO RESTAURANT LLC d/b/a BOBO;

BROADWAY SRJ, LLC;

CAPTAIN HADDOCK LLC;

CITY WINERY LLC;

C.S.L.L. REST. CORP. d/b/a EJ'S LUNCHEONETTE;

EMPORIUM OAKLAND LLC;

EMPORIUM SF LLC;

ESS-A-BAGEL, INC. d/b/a ESS-A-BAGEL;

ESS-A-BAGEL;

883 SIXTH AVENUE, LLC d/b/a ESS-A-BAGEL;

FGNY PARENTCO, LLC;

FISH BOX RESTAURANT CORPORATION d/b/a SAMMY'S FISH BOX RESTAURANT;

FOOD FOR JUNIOR'S INC.;

FOURTH WALL RESTAURANTS, LLC d/b/a QUALITY BRANDED;

FOX SRJ, LLC; G&L RESTAURANT, LLC d/b/a LORING PLACE;

GEORGE MARCEL LLC d/b/a FAIRFAX;

GG CAMPBELL, LLC d/b/a THE CAMPBELL;

GLOBAL DINING, INC. OF CALIFORNIA;

GRAMERCY FARMER & THE FISH LLC d/b/a FARMER & THE FISH;

GRAND CENTRAL OYSTER BAR INC. d/b/a GRAND CENTRAL OYSTER BAR;

HAPPY COOKING LLC d/b/a JOSEPH LEONARD;

HH BOWEN LLC d/b/a HARLEM HOOKAH;

HRK FOODS, INC. d/b/a NAYA;

IL RIFUGIO INC. d/b/a TALLUCCI E VINO;

JAVELINA TEX-MEX LLC d/b/a JAVELINA;

JDA GOTHAM, LLC d/b/a DELL'ANIMA;

KIO RESTAURANT, LLC d/b/a KHE-YO;

L'ATELIER NYC LLC;

LA VECCHIA LLC d/b/a TARALLUCCI E VINO;

LEONELLI RESTAURANTS LLC;

LE-SE AMSTERDAM 732 RESTAURANT, INC. d/b/a DIVE BAR;

LITTLE WISCO LLC d/b/a FEDORA;

MANNAGGIA INC. d/b/a TARALLUCCI E VINO;

MASA NY, LLC d/b/a BAR MASA & MASA;

MF PEASANT, LLC d/b/a PEASANT RESTAURANT;

MONOPOLIO LLC d/b/a TARALLUCCI E VINO;

NAYA EXPRESS, INC. d/b/a NAYA;

NAYA EXPRESS II, INC. d/b/a NAYA;

NAYA HOLDINGS, LLC;

NO MOORE OYSTERS, LLC d/b/a SMITH & MILLS;

NORTH 43RD LLC d/b/a TONY'S DI NAPOLI 147 W 43RD STREET;

PENMANSHIP LLC d/b/a JEFFREY'S GROCERY;

RACINES NYC LLC;

RHLP 45 LLC;

RHLP 284 LLC;

THE RIBBON WORLDWIDE LLC;

THE RIBBON WORLDWIDE 44, LLC d/b/a THE RIBBON;

SAMMY'S S.B. REST. CORP. d/b/a SAMMY'S ORIGINAL SHRIMP BOX;

SEASHORE RESTAURANT CORPORATION d/b/a SEASHORE RESTAURANT;

SEINFELD SQUARED LLC d/b/a DIVE BAR 106;

SKDL CORP.;

SRG CHURCH STREET, LLC;

SRG NYP, LLC;

SRG 1, LLC;

ST. HELENE LLC d/b/a BAR SARDINE;

STATE OF MIND HOLDINGS, LLC;

STOUT, INC.;

THREE HOOPLES, LTD. d/b/a BROADWAY DIVE BAR;

TITO ROCKS LLC;

TWO AND EIGHT GOURMET, LTD. d/b/a DALLAS BBQ 132 SECOND AVE.;

UNION SQUARE HOSPITALITY GROUP LLC;

W BBQ HOLDINGS, INC.;

WHANY LLC d/b/a CAFE WHA?;

YVES, LLC d/b/a HOLY GROUND;

1 PERRY LLC d/b/a ROEY'S;

8TH AND 42ND LLC d/b/a PATRICK'S;

18 GREENWICH AVENUE LLC d/b/a ROSEMARY'S;

24 5TH AVE LLC d/b/a CLAUDETTE;

34 8TH AVENUE LLC d/b/a ANFORA;

53RD STREET FINE DINING, LLC;

64TH & 3RD ENTERPRISES LLC d/b/a TONY'S DI NAPOLI 1081 3RD AVENUE;

68 CLINTON RESTAURANT ASSOCIATES LLC d/b/a PIG & KHAO;

77 WARREN FOODS, LLC d/b/a WARREN 77;

93 LUDLOW STREET INC. d/b/a THE DL AND DINNER ON LUDLOW;

101 WEST 75 BAR AND REST. ENTERPRISES, LTD. t/a BROADWAY DIVE BAR;

125 HOSPITALITY LLC d/b/a THE GROOVE;

135 WEST B FOOD & DRINK, LLC d/b/a TINY'S;

189 CHRYSTIE PARTNERS LP d/b/a THE BOX;

228 WEST 10TH STREET, LLC d/b/a L'ARTUSI;

239 PARK AVENUE SOUTH ASSOCIATES LLC d/b/a BIG DADDY'S;

389 BROOME LLC d/b/a GOLDBAR;

560 THIRD AVENUE GROCERY CORP. d/b/a DUKE'S ORIGINAL ROADHOUSE;

4

643 BROADWAY HOLDINGS LLC d/b/a SWEETWATER SOCIAL;

976 MADISON RESTAURANT, LLC d/b/a KAPPO MASA;

1395 SECOND AVENUE RESTAURANT LLC d/b/a JAVELINA;

1626 SRJ, LLC;

1650 BROADWAY ASSOCIATES, INC.,

          *Plaintiffs*