919 THIRD AVENUE NEW YORK, NY 10022-3908

**JENNER&BLOCK** LLP

September 25, 2020

**VIA EMAIL & CERTIFIED MAIL**

*All Counsel of Record on ECF*

Penny P. Reid
Sidley Austin LLP
2021 McKinney Avenue Suite 2000
Dallas, Texas  75201
(214) 981-3413
preid@sidley.com
*Attorneys for Aspen American Insurance Company*

Nick Dolejsi
Zelle LLP
500 Washington Avenue South
Suite 4000
Minneapolis MN 55415
(612) 336-9163
ndolejsi@zelle.com
*Attorneys for Greenwich Insurance Company and XL Insurance America, Inc.*

Audra Zane
Farber Brocks & Zane LLP
400 Garden City Plaza, Suite 100
Garden City, NY 11530
(516) 739-5100
azane@fbzlaw.com
*Attorneys for Utica First Insurance Company*

Sean Thomas Keely
Freeborn & Peters LLP
230 Park Avenue
Suite 630
New York, NY 10169
(646) 993-4444
skeely@freeborn.com
*Attorneys for Wesco Insurance Company*

**VIA CERTIFIED MAIL ONLY**

Greater New York Mutual Insurance Company
200 Madison Avenue
New York, NY 10016

Seneca Insurance Company, Inc.
160 Water Street, 16th Floor
New York, NY 10038

United National Insurance Company
3 Bala Plaza East, Suite 300
Bala Cynwyd, PA 19004

Re:   ***Abruzzo Docg Inc., et al. v. Acceptance Indemnity Ins. Co. et al.***, **No. 1:20-cv-04160 (MKB)(JO) (E.D.N.Y.)**

Dear Counsel:

We represent Plaintiffs in the above-referenced action.  Pursuant to Rule 3(D) of Judge Brodie's Individual Practices and Rules, we enclose the following documents in support of Plaintiffs' Motion to Remand:

September 25, 2020
Page 2

- Notice of Motion to Remand;
- Memorandum of Law in Support of Plaintiffs' Motion to Remand; and
- [Proposed] Order Granting Plaintiffs' Motion to Remand.

We are filing a copy of this letter on ECF per Judge Brodie's Individual Practices and Rules.

                                      Respectfully yours,

                                      */s/ Jeremy M. Creelan*
                                      Jeremy M. Creelan

Enclosures

cc:      Honorable Margo K. Brodie (Via ECF—Without Enclosures)
          Honorable James Orenstein (Via ECF—Without Enclosures)