# EXHIBIT A

The following Defendants join in Acceptance's Opposition to Plaintiffs' Motion to Remand: Admiral Indemnity Company, Arch Specialty Insurance Company, Arch Insurance Company, Argo Managing Agency Limited, AXIS Insurance Company, Brit Syndicates Limited, Catlin Underwriting Agencies Limited, Chubb Custom Insurance Company, First Mercury Insurance Company, Greenwich Insurance Company, Hartford Fire Insurance Company, HDI Global Insurance Company, Indemnity Insurance Company of North America, Citizens Insurance Company of America, Lexington Insurance Company, Liberty Managing Agency Limited, Liberty Mutual Fire Insurance Company, Metropolitan Property and Casualty Insurance Company, National Fire & Marine Insurance Company, Ohio Security Insurance Company, Scottsdale Insurance Company, Seneca Insurance Company, Sentinel Insurance Company, Ltd., Sompo America Insurance Company, Tokio Marine-Kiln Syndicates Limited, Travelers Casualty Insurance Company of America, Travelers Excess and Surplus Lines Company, Twin City Fire Insurance Company, United National Insurance Company, United Specialty Insurance Company, Watford Specialty Insurance Company, Western World Insurance Company, and XL Insurance America, Inc.