# Exhibit
# A

Case 1:20-cv-04160-MKB-VMS Document 150-7 Filed 11/09/20 Page 2 of 3 PageID #: 19769

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through October 19, 2020.

Selected Entity Name: YVES LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | YVES LLC |
| **DOS ID #:** | 4438916 |
| **Initial DOS Filing Date:** | JULY 31, 2013 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

YVES LLC
65 WEST BROADWAY, SUITE 3N
NEW YORK, NEW YORK, 10007

**Registered Agent**

REGISTERED AGENT REVOKED

, ,

This office does not require or maintain
information regarding the names and addresses of
members or managers of nonprofessional limited
liability companies. Professional limited liability
companies must include the name(s) and address

Case 1:20-cv-04160-MKB-VMS   Document 150-7   Filed 11/09/20   Page 3 of 3 PageID #: 19770

(es) of the original members, however this
information is not recorded and only available by
viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 31, 2013 | Actual | YVES LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us