# EXHIBIT D

| | |
|---|---|
| **From:** | Isabella K. Stankowski-Booker |
| **To:** | "Ross, Michael W."; Creelan, Jeremy M.; Alderdice, Jacob D.; Ross, Jenna E. |
| **Cc:** | Kristin Cummings; Paige Tackett |
| **Subject:** | RE: Abruzzo Docg Inc., et al. v. Acceptance Indemnity Ins. Co., et al. |
| **Date:** | Monday, October 19, 2020 11:32:04 AM |

Thank you, Michael. Much appreciated.

Best,
Isabella

**From:** Ross, Michael W. <MRoss@jenner.com>
**Sent:** Monday, October 19, 2020 10:33 AM
**To:** Isabella K. Stankowski-Booker <IStankowski@zelle.com>; Creelan, Jeremy M. <JCreelan@jenner.com>; Alderdice, Jacob D. <JAlderdice@jenner.com>; Ross, Jenna E. <JRoss@jenner.com>
**Cc:** Kristin Cummings <KCummings@zelle.com>; Paige Tackett <PTackett@zelle.com>
**Subject:** RE: Abruzzo Docg Inc., et al. v. Acceptance Indemnity Ins. Co., et al.

**-=EXTERNAL EMAIL=-**

Isabella,

We are reviewing and will get back to you as soon as we can.

Thanks,
Michael

**From:** Isabella K. Stankowski-Booker <IStankowski@zelle.com>
**Sent:** Saturday, October 17, 2020 2:35 PM
**To:** Ross, Michael W. <MRoss@jenner.com>; Creelan, Jeremy M. <JCreelan@jenner.com>; Alderdice, Jacob D. <JAlderdice@jenner.com>; Ross, Jenna E. <JRoss@jenner.com>
**Cc:** Kristin Cummings <KCummings@zelle.com>; Paige Tackett <PTackett@zelle.com>
**Subject:** Abruzzo Docg Inc., et al. v. Acceptance Indemnity Ins. Co., et al.

External Email – Exercise Caution

Counsel,

As you know, we represent Arch Specialty Insurance Company in the above captioned case. Plaintiffs' Local Rule 81.1 Statement (the "Rule 81.1 Statement") states that "Yves, LLC d/b/a Holy Ground ... is a citizen of at least California, New Jersey, and New York" and that "Yves, LLC is continuing to collect this information from its members and may supplement this statement." As to 135 West B Food & Drink, LLC d/b/a Tinys, the Rule 81.1 Statement asserts that it "is a citizen of at least Florida, New Jersey, and New York" and that "135 West B Food & Drink, LLC is continuing to collect this information from its members and may supplement this statement." Finally, as to No Moore Oysters, LLC d/b/a Smith & Mills, the Rule 81.1 Statement

provides that it "is a citizen of California, Florida, New Jersey, and New York."

Please advise whether Yves, LLC, 135 West B Food & Drink, LLC, and No Moore Oysters, LLC will provide documents that support the Rule 81.1 Statement about their citizenship, such as documents that identify and reflect the citizenship of each entity's members?

Thanks and best regards,
Isabella

**Isabella K. Stankowski-Booker**
Attorney at Law
IStankowski@zelle.com

# ZELLE LLP

45 Broadway, Suite 920
New York, NY 10006
D (646) 876-4411
F  (612) 336-9100
vCard | Bio | Website

Atlanta | Boston | Dallas | London | Miami | Minneapolis
New York | Philadelphia | San Francisco | Washington, DC

The information herein is confidential and may be attorney-client privileged and/or contain attorney work product.  If you are not an intended recipient, any disclosure, copying, retention or use of any information contained herein is prohibited.  If you have received this message in error, please delete it and notify the sender immediately.

**Michael W. Ross**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908  |  jenner.com
+1 212 891 1669 | TEL
+1 516 423 9376 | MOBILE
+1 212 909 0840 | FAX
MRoss@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.