UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRUZZO DOCG INC. d/b/a TARALLUCCI E VINO, et al., | Case No.: 1:20-cv-04160-MKB-JO |
| Plaintiffs, | |
| v. | |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, et al., | |
| Defendants. | |

## JOINDER OF DEFENDANTS CHUBB CUSTOM INSURANCE COMPANY AND INDEMNITY INSURANCE COMPANY OF NORTH AMERICA TO DEFENDANT ACCEPTANCE INDEMNITY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendants Chubb Custom Insurance Company ("Chubb Custom") and Indemnity Insurance Company of North America ("IINA") (collectively "Chubb") by and through their attorneys, Clyde & Co US LLP, respectfully submit this Joinder to Defendant Acceptance Indemnity Insurance Company's ("AIIC") Opposition to Plaintiffs' Motion to Remand. Chubb hereby joins in and supports the legal arguments set forth in AIIC's Memorandum of Law in Opposition to Plaintiff's Motion to Remand, as if fully set forth herein. In addition, Chubb herein incorporates the Factual Background section of Chubb's Motion to Sever Under Federal Rule of Civil Procedure 21 ("Motion to Sever"), also filed and served on October 20, 2020.

For the reasons set forth in AIIC's Opposition to Plaintiffs' Motion to Remand, Chubb respectfully requests that this Court enter an Order denying Plaintiffs' Motion to Remand.

1

Dated:  October 20, 2020                Respectfully submitted,

**CLYDE & CO US LLP**

Barbara M. Almeida
Daren S. McNally

The Chrysler Building
405 Lexington Ave,
New York, NY  10174
Telephone: (212) 710-3900

Attorneys for Defendants Chubb Custom Insurance Company and Indemnity Insurance Company of North America