UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ABRUZZO DOCG INC. d/b/a
TARALLUCCI E VINO, et al.,

                        Plaintiffs,                  Case No. 1:20-cv-04160-MKB-JO

            v.

ACCEPTANCE INDEMNITY
INSURANCE COMPANY, et al.,

                        Defendants.

**NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
BY DEFENDANTS LEXINGTON INSURANCE COMPANY AND WESTERN WORLD
INSURANCE COMPANY**

      **PLEASE TAKE NOTICE** that Defendants Lexington Insurance Company ("Lexington")

and Western World Insurance Company ("Western World"), by and through its undersigned

counsel, join in and incorporate the Opposition to Plaintiff's Motion to Remand served by

Defendant Acceptance Indemnity Insurance Company on October 20, 2020.

      As detailed in Lexington's and Western World's Notices of Consent or Joinder in

Removal filed September 14, 2020 (ECF Nos. 14 and 15 respectively), both Lexington and

Western World joined and consented to the removal of this matter and set forth the facts

supporting jurisdiction, referencing the Amended Complaint and the policy documents appended

thereto. Lexington submits that this Court has federal diversity jurisdiction over the claims

brought against Lexington by its insureds, Plaintiff 389 Broome LLC d/b/a Goldbar and Plaintiff

643 Broadway Holdings LLC d/b/a Sweetwater Social pursuant to 28 U.S.C. § 1332. (ECF No.

14). Western World submits that this Court has federal diversity jurisdiction over the claims

brought against Western World by its insureds, Plaintiff 189 Chrystie Partners LP d/b/a The Box, Plaintiff 125 Hospital LLC d/b/a The Groove, and Plaintiff Whany LLC d/b/a café Wha?. (ECF No. 15.)

Respectfully submitted,

DENTONS US LLP

By: */s/ Sandra D. Hauser*

Sandra D. Hauser
Timothy J. Straub
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Email: sandra.hauser@dentons.com
Email: timothy.straub@dentons.com

Catharine Luo
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Email: catharine.luo@dentons.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2020, I caused the foregoing to be served by e-mail to all counsel of record.

  /s/ Catharine Luo
Catharine Luo